

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:     Robert B. Walker v. Carolyn Taub, Lori Hood, Johnson, Trent, West
                         & Taylor, LLP and Scottsdale Insurance Company, Inc.

Appellate case number:   01-20-00580-CV

Trial court case number: 2016-20807

Trial court:             295th District Court of Harris County

　　　　Appellants, Robert B. Walker and Water Removal and Drying of Houston LLC, formerly doing business as Rainbow International of Houston, acting pro se, filed a noncompliant brief on June 23, 2021. The brief was returned and appellants were instructed to file a compliant brief on or before June 28, 2021.

　　　　On June 30, 2021, appellants filed a motion for extension of time, requesting until July 5, 2021 to file a compliant brief. Appellants' motion for extension of time is **granted.** Appellants' brief is due **July 5, 2021**. **No further extensions will be granted.**

　　　　It is so ORDERED.


Judge's signature:_____/s/ Julie Countiss_____
                         Acting individually


Date: July 2, 2021